UNITED STATES BANKRUPTCY COURT
DISTRICT OF UTAH

JUL 21  1 54 PM '05

In re: **Young, Darin Eric**

Case No. **05-26748**
Chapter **7**

Debtor(s).

Trustee: **J. Kevin Bird**

## AMENDMENT DECLARATION

Please circle or underline amended material when appropriate.

1. PETITION:[ ]  REOPENING: Yes[ ] No[XX]  CONVERSION (13 to 7): Yes[ ] No[XX]
   When changing debtor's address, please file separate change of address form.
   When amending, please submit the changes/additions **only**!

2. SCHEDULES: A[ ] B[ ] C[ ] D[ ] E[ ] F[X] G[ ] H[ ] I[ ] J[ ]
   Are you changing the address, amounts, etc., or adding a creditor?
   Changing[ ] Adding[X] ($26 amendment fee required for D, E, & F.)

3. AMENDED AMOUNTS/TOTALS OF SCHEDULES: [X]
4. STATEMENT OF AFFAIRS:[ ]
5. AMENDED CHAPTER 13 PLAN:[ ]

> If you have amended schedules D, E, F by adding a creditor, you owe $26.00 amendment fee. Fee attached[ **yes** ]
>
> If schedules D, E, F were amended but no creditors added or adding a listed creditor's attorney, no fee necessary. No fee attached[ ]
> Reason no fee is attached_____

**It is the debtor's responsibility to notify additional creditors by sending a 341 notice and/or Discharge Order to the creditors added to the schedules/matrix.**
A certificate of mailing to creditors should be filed with the Clerk's office (see below).

I declare under penalty of perjury that the information provided in this attached amendment is true and correct.

_____    7/21/05

U.S. Trustee's Office and Trustee in the case supplied copies of amendment(s)? Yes[X] No[ ]

ATTORNEY FOR DEBTOR(S)
pro se

## CERTIFICATE OF MAILING

I hereby certify that a true and correct copy of the foregoing was mailed, postage prepaid, to creditors of this estate as follows (please mark the appropriate lines(s)):

[X] 341 Notice to creditors added by this amendment.
[ ] Discharge Notice to creditors added by this amendment.
[ ] Amended Chapter 13 Plan to all creditors.

FORM B6-Cont.
(6/90)

# UNITED STATES BANKRUPTCY COURT
### District of Utah

In re **Young, Darin Eric**,
Debtor

Case No. **05-26748**
(If known)

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts from Schedules D, E, and F to determine the total amount of the debtor's liabilities.

AMOUNTS SCHEDULED

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | $460,000 | | |
| B - Personal Property | Yes | 7 | $47,900 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | $501,000 | |
| E - Creditors Holding Unsecured Priority Claims | Yes | 2 | | $0 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 4 | | $85,600 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 1 | | | $7,000 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 1 | | | $6,341 |
| Total Number of Sheets of ALL Schedules ➤ | | 20 | | | |
| Total Assets ➤ | | | $507,900 | | |
| Total Liabilities ➤ | | | | $586,600 | |

In re  Young, Darin Eric                    ,          Case No.  05-26748
　　　　　　　　　Debtor                                              (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community maybe liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions, above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 2383<br>BMW Financial<br>PO Box 78103<br>Phoenix, AZ 85062 | | H | 2003 unsecured rev | | | | $3,500 |
| ACCOUNT NO. 0104<br>Capital One<br>PO Box 85015<br>Richmond, VA 23285 | | H | 2003 unsecured rev | | | | $1,000 |
| ACCOUNT NO. 3447<br>Capital One<br>PO Box 85015<br>Richmond, VA 23285 | | H | 2003 unsecured rev | | | | $2,000 |
| ACCOUNT NO. 6630<br>Capital One<br>PO Box 85015<br>Richmond, VA 23285 | | H | 2003 unsecured rev | | | | $ 500 |

　3　continuation sheets attached　　　　　　　　　　　Subtotal ▶ | $ | $7,000
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Total ▶ | $ |
(Report also on Summary of Schedules)

Form B6F - Cont.
(12/03)

In re **Young, Darin Eric**, Debtor    Case No. **05-26748** (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 8242<br>Credit Suisse First Boston LLC<br>11 Madison Ave.<br>New York, NY 10010 | | H | 2003 unsecured bus. lease | | | | $48,000 |
| ACCOUNT NO. 7150<br>Direct Merchants<br>8020 Corporate Dr<br>Baltimore, MD 21236 | | H | 2003 unsecured rev. | | | | $ 5,000 |
| ACCOUNT NO. 3546<br>First Premier Bank<br>PO Box 5524<br>Sioux Falls, SD 57117 | | H | 2005 unsecured rev. | | | | $ 400 |
| ACCOUNT NO. 37479561<br>Icon Health/Fitness<br>PO Box 4087<br>Logan, UT 84323 | | H | 2004 unsecured acct | | | | $ 1,200 |
| ACCOUNT NO. 8242<br>Living Scriptures<br>3625 Harrison Blvd<br>Ogden, UT 84403 | | H | 2003 unsecured acct | | | | $ 1,500 |

Sheet no. **2** of **4** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) ▶ $ 56,100

Total ▶ $
(Use only on last page of the completed Schedule F.)
(Report total also on Summary of Schedules)

In re **Young, Darin Eric**, Debtor,    Case No. **05-26748** (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 2608<br>Merrick Bank<br>PO Box 5721<br>Hicksville, NY 11802 | | H | 2004 unsecured rev. | | | | $2,000 |
| ACCOUNT NO. 0494<br>Orchard Bank<br>Household Credit<br>PO Box 60102<br>City of Industry CA 91716 | | H | 2004 unsecured rev. | | | | $2,000 |
| ACCOUNT NO. 1228<br>Providian<br>PO Box 660509<br>Dallas, TX 75266 | | H | 2004 unsecured rev. | | | | $8,000 |
| ACCOUNT NO 61661<br>Salt Lake City CU<br>1380 S Main<br>Salt Lake City, UT 84115 | | H | 2004 unsecured rev. | | | | $3,100 |
| ACCOUNT NO. 4120<br>Security Service<br>16211 La Cantera<br>San Antonio, TX 78256 | | H | 2005 unsecured acct | | | | $7,100 |

Sheet no. **3** of **4** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤ **$22,200**
(Total of this page)

Total ➤ $
(Use only on last page of the completed Schedule F.)
(Report total also on Summary of Schedules)

Form B6F - Cont.
(12/03)

In re **Young, Darin Eric** , Case No. **05-26748**
　　　　　Debtor　　　　　　　　　　　　　　　　　　　　　　(If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 2577<br>T-Mobile<br>PO Box 742596<br>Cincinnati, OH 45274 | | H | 2005 unsecured acct | | | | $300 |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO | | | | | | | |
| ACCOUNT NO. | | | | | | | |

Sheet no. **4** of **4** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ▶ $ **300**
(Total of this page)

Total ▶ $ **85,600**
(Use only on last page of the completed Schedule F.)
(Report total also on Summary of Schedules)

UNITED STATES BANKRUPTCY COURT
DISTRICT OF UTAH

In re: Young, Darin Eric

Debtor(s).

Case No. 05-26748
Chapter 7

Trustee: J. Kevin Bird

## AMENDED MATRIX

**File amended matrix with ONLY the amended creditors. File separate change of address form to change the debtor's address.**

It is the debtor's responsibility to notify additional creditors by sending a 341 notice and/or Discharge Order to the creditors added. A certificate of mailing should be filed with the Clerk's office (see below). If adding more than eight (8) creditors, attach a scannable list to this cover sheet rather than beginning the list on this page. The scannable list needs to be in Courier 10 pitch, Prestige Elite or Letter Gothic fonts and contain no more than four (4) lines per creditor address.

**Matrix:**    Adding [XX]    Correcting [ ]    Deleting [ ]
Please type the creditors' address(es) changes/additions below:

1) Living Scriptures
   3625 Harrison Blvd.
   Ogden, UT 84403

2) Salt Lake City CU
   1380 S. Main
   Salt Lake City, UT 84115

3)

4)

5)

6)

7)

8)

## CERTIFICATE OF MAILING

I hereby certify that a true and correct copy of the foregoing was mailed, postage prepaid, to the creditors added to this estate as follows (please mark the appropriate line(s)):

[XX] 341 Notice    [ ] Discharge Notice

7/21/05
DATE

ATTORNEY FOR DEBTOR(S)
Pro se

Rev. 1/00